Royal F. Oakes (080480),
roakes@bargerwolen.com
Larry M. Golub (110545)
lgolub@bargerwolen.com
Michael A. S. Newman (205299),
newman@bargerwolen.com
James C. Castle (235551),
jcastle@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Plaintiff
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JUMOKE O. OYEDELE,<br><br>Defendant. | CASE NO.:  12-CV-04607-EMC<br><br>The Honorable Edward M. Chen<br><br>**THE PARTIES' STIPULATION RE FILING OF FIRST AMENDED CROSS-COMPLAINT (COUNTERCLAIM) AND RESPONSE THERETO; [PROPOSED] ORDER**<br><br>Complaint Filed   September 4, 2012 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

c:\users\rick williams\downloads\stip for amended xc_proposed order.doc

12-CV-4607-EMC

Plaintiff and Cross-Defendant Metropolitan Life Insurance Company ("MetLife") and Defendant and Cross-Complainant Jumoke O. Oyedele ("Oyedele"), hereby submit this Stipulation to allow Oyedele to file and serve a First Amended Cross-Complaint (or Counterclaim) by May 28, 2013, and MetLife to respond to that amended pleading within 21 days of its filing, as more fully set forth below.

WHEREAS, Oyedele filed a "Cross-Complaint" in this action on or about April 12, 2013 (though the document was not served over the CM/ECF system until April 16, 2013, with the Court Staff designating the document as a "Counterclaim") [Dkt. No. 28];

WHEREAS, MetLife and Oyedele appeared before the Court for a Scheduling Conference on April 25, 2013, and the Court approved May 7, 2013 as the date for MetLife to respond to the Cross-Complaint [Dkt. No. 30];

WHEREAS, during the course of that Scheduling Conference, the parties advised the Court that they would be discussing the recently-filed Cross-Complaint and would try to resolve some issues that MetLife wanted to address with Oyedele without the need for motion practice;

WHEREAS, on May 1, 2013, the parties did discuss numerous issues that MetLife had with the Cross-Complaint, and Oyedele has agreed to amend the Cross-Complaint (and will from here on refer to it as a "Counterclaim") no later than May 28, 2013;

WHEREAS, MetLife agrees to respond to the amended Counterclaim within 21 days of its filing on the CM/ECF system, pursuant to FRCP 15(a)(1)(A);

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

c:\users\rick williams\downloads\stip for amended xc_proposed order.doc

12-CV-4607-EMC

NOW THEREFORE, MetLife and Oyedele agree to the foregoing schedule for the filing of the First Amended Counterclaim and the response thereto, and request the Court to approve such scheduling change.

Dated: May 3, 2013

BARGER & WOLEN LLP

By: /s/ Larry M. Golub
ROYAL F. OAKES
LARRY M. GOLUB
MICHAEL A.S. NEWMAN
JAMES C. CASTLE
Attorneys for Plaintiff and Cross-Defendant Metropolitan Life Insurance Company

Dated: May 3, 2013

LAW OFFICE OF STERLING HARWOOD & ASSOCIATES

By: /s/ Sterling Harwood
STERLING HARWOOD
Attorneys for Defendant and Cross-Complainant Jumoke O. Oyedele

# [P~~ROPO~~SED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**, that Oyedele will file her First Amended Counterclaim no later than May 28, 2013, and MetLife will respond to the First Amended Counterclaim within 21 days of its filing on the CM/ECF system.

DATED: 5/6, 2013

EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED
Judge Edward M. Chen*

-2-

12-CV-4607-EMC