# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JUMOKE O. OYEDELE,<br><br>　　　　Defendant. | CASE NO.: 12-CV-04607-EMC<br><br>The Honorable William H. Orrick<br><br>**ORDER ON THE PARTIES' STIPULATION TO EXTEND THE MEDIATION AND DEPOSITION COMPLETION DATES BY 45 DAYS**<br><br>**(Stipulation filed concurrently)**<br><br>Complaint Filed　September 4, 2012 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

12-CV-4607-EMC

1

**ORDER**

2

3   **PURSUANT TO STIPULATION, IT IS SO ORDERED**, that the last day

4   to conduct private mediation and to conduct the pre-mediation depositions discussed

5   in the Court's April 25, 2013 Order are hereby extended by 45 days, such that the

6   new mediation completion date and last day to conduct the depositions is now

7   November 7, 2013. The Case Management Conference is continued from October 29, 2013

8   to November 19, 2013.

9

10  DATED: __September 23__, 2013   

11  WILLIAM H. ORRICK, District Judge
    UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

12-CV-4607-EMC