Royal F. Oakes (080480), roakes@bargerwolen.com
Michael A. S. Newman (205299), mnewman@bargerwolen.com
James C. Castle (235551), jcastle@bargerwlen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Plaintiff and Cross-Defendant
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JUMOKE O. OYEDELE,<br><br>　　　　Defendant.<br><br>JUMOKE O. OYEDELE,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Cross-Defendant. | CASE NO.: CV-12-04607 JD<br><br>Hon. James Donato<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE SETTLEMENT CONFERENCE**<br><br><br><br><br><br>Complaint Filed: September 4, 2012 |

# **ORDER**

It is hereby ordered that the deadline by which the parties in the above-entitled action must complete a settlement conference before The Honorable Magistrate Judge Maria-Elena James is extended from July 30, 2014 through and including September 30, 2014.

**IT IS SO ORDERED**.

DATED: June 26, 2014

_____
THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT COURT JUDGE